N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

ROSALIE N. KENNEDY,

        Petitioner,    :    Case No. 2:20-cv-2979

  - vs -                         District Judge Sarah D. Morrison
                                      Magistrate Judge Michael R. Merz

WARDEN, Marysville
  Reformatory for Women,

                                   :
        Respondent.

## ORDER DENYING REDACTED COPIES

This habeas corpus case is before the Court on Petitioner's Motion for Copies of Petitioner's Redacted Objections (ECF No. 54).

The reasons for the redaction is that Petitioner included in her unredacted objections two police reports, one of which includes at PageID 3255 the Social Security number of Logan County Deputy Sheriff Rick Hunt and the other which includes at PageID 3257 the Social Security number of Petitioner's deceased husband, Gary Kennedy.

Under Fed.R.Civ.P. 5.2, only the last four digits of a Social Security number may be included in a filing. Because Petitioner is apparently not aware of this Rule, Judge Morrison's chambers enforced it by sealing the unredacted objections.

Because those two Social Security numbers are the only matter redacted, Petitioner has no need for the copies and her Motion is therefore DENIED.

IT IS SO ORDERED.

August 11, 2021.

s/ *Michael R. Merz*  
United States Magistrate Judge